LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016<br><br>TEL (917) 974-1781<br>FAX (212) 208-2981 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102<br><br>TEL (973) 648-6777<br>FAX (212) 208-2981 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/2/2020

REPLY TO NEW JERSEY OFFICE

November 2, 2020

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The application is ✓ granted.
___ denied.

_[signature]_
Edgardo Ramos, U.S.D.J.
Dated: 11/2/20
New York, New York 10007

Re:  United States v. Victor Del Valle
     20 Cr. 481 (ER)

Dear Judge Ramos:

I represent Victor Del Valle on the above-referenced matter.

I request that he be permitted to relocate from his mother's home in the Bronx, New York, to his former residence located several blocks away at 1710 Montgomery Avenue, Apartment 1B, Bronx, New York. Mr. Del Valle rents a room from his landlord, Adrien Odate. The reason for the proposed move is that since his release, Mr. Del Valle's sister and her children moved in with their mother and the apartment is too crowded.

On or about October 31, 2020, Mr. Del Valle was granted permission by Pretrial Services to leave his current location and remain in in home detention at the 1710 Montgomery Avenue address until the Court approves the modification of Mr. Del Valle's pretrial release conditions.

Hon. Edgardo Ramos, U.S.D.J.
November 2, 2020
Page 2

      The government, by AUSA Jarrod Schaeffer, defers to Pretrial Services. Pretrial Services Officer Jonathan Lettieri consents to the application.

                                                        Respectfully,

                                                        /s/ *Stephen Turano*

                                                        Stephen Turano

cc: AUSA Elizabeth Espinosa
     AUSA Jarrad Schaeffer
     Pretrial Officer Jonathan Lettieri