USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __3/9/2021__

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

**MEMO ENDORSED**

TEL (973) 648-6777
FAX (212) 208-2981

REPLY TO NEW JERSEY OFFICE

March 9, 2021

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is  _X_  granted
>                     ___ denied
>
> _(signature)_
> Edgardo Ramos, U.S.D.J
> Dated: __3/9/2021__
> New York, New York

Re:   United States v. Victor Del Valle
      20 Cr. 481 (ER)

Dear Judge Ramos:

    I represent Victor Del Valle in the above-referenced matter and submit this letter in support of his motion to modify the conditions of his pretrial release to permit him to travel to my New Jersey office on dates and times to be approved by Pretrial Services. Currently, his travel is restricted to the Southern District of New York. The Government, by AUSA Elizabeth Espinosa, does not object.

Respectfully submitted,

/s/ *Stephen Turano*

Stephen Turano
Attorney for Victor Del Valle

cc:  All parties of record (by ECF)