```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __9/23/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - v. -

ADRIAN COOMBS,
VICTOR DEL VALLE, and
ERIK SUAREZ,

                Defendants.

ORDER

20 Cr. 481 (ER)

Ramos, D.J.:

In separate filings, Defendants Suarez and Del Valle request adjournment of the September 24, 2021 pretrial conference. Docs. 80 and 81. Counsel for Coombs consents to the request. The requests are GRANTED.

The September 24, 2021 pretrial conference is adjourned to October 22, 2021 at 4:00 p.m. by telephone. The parties are directed to call the Court at (877) 411-9748 and use access code 302 9857# when prompted. Members of the press and public may call the same number but will not be permitted to speak during the conference. (All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.)

Upon consent of the parties, the time between September 24, 2021, and October 22, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

The Clerk of the Court is respectfully directed to terminate the motion, doc. 81.

It is SO ORDERED.

Dated: New York, New York
       September 23, 2021

                                                               EDGARDO RAMOS, U.S.D.J.