USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/27/2021

LAW OFFICES OF
## STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE  
35TH FLOOR  
NEW YORK, NY 10016

60 PARK PLACE  
SUITE 1101  
NEWARK, NJ 07102

TEL (917) 974-1781  
FAX (212) 208-2981

TEL (973) 648-6777  
FAX (212) 208-2981

# MEMO ENDORSED

September 27, 2021

**Via ECF**  
Hon. Edgardo Ramos, U.S.D.J.  
United States District Court  
Southern District of New York  
Thurgood Marshall U.S. Courthouse  
40 Foley Square  
New York, NY 10007

The application is ✓ granted.  
___ denied.

Edgardo Ramos, U.S.D.J.  
Dated: 9/27/2021  
New York, New York 10007

Re: United States v. Victor Del Valle  
20 Cr. 481 (ER)

Dear Judge Ramos:

I represent Victor Del Valle on the above-referenced matter. On September 3, 2020, Magistrate Judge Sarah Netburn set conditions of Mr. Del Valle's pretrial release, which included home detention and permitted him to seek employment.

Mr. Del Valle requests permission to be permitted to work as a driver for a company such as Uber of Lyft. Pretrial Services, by Jonathan Lettieri, consents as long as the hours are on a set schedule and are not overnight. The Government defers to Pretrial Service.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc: All Government Counsel of Record