USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __3/9/2022__

LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (917) 974-1781
FAX (212) 208-2981

TEL (973) 648-6777
FAX (212) 208-2981

**MEMO ENDORSED**

March 1, 2022

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
>                    ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __3/9/2022__
> New York, New York

Re:     United States v. Victor Del Valle
        20 Cr. 481 (ER)

Dear Judge Ramos:

I represent Victor Del Valle. Mr. Del Valle is on pretrial release under conditions, including home detention enforced by electronic monitoring.

Mr. Kmit moves for a modification of his pretrial release, replacing home detention with a curfew to be approved by Pretrial Services and secured by electronic monitoring. All other conditions are to remain in effect, including electronic monitoring.

The Pretrial Officer, Jonathan Lettieri, consents to this request and the Government defers to Pretrial Services.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*

Stephen Turano

cc:  All Government Counsel of Record