XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>VICTOR DEL VALLE,<br><br>Defendant. | ORDER<br>20 Cr. 481-4 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Stephen Turano, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **George R. Goltzer**.

The Clerk of the Court is respectfully directed to terminate the motion, doc. 146.

SO ORDERED.

Dated: New York, New York
       September 15, 2022

_____
Edgardo Ramos, U.S.D.J.