

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 11, 2023

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Thomas Santos, et al.*, S1 20 Cr. 481 (ER)

Dear Judge Ramos:

  After conferring with defense counsel, the Government understands that Victor Del Valle, a defendant in the above-referenced case, intends to enter a plea of guilty in this matter. The Government further understands that the Court is available on February 8, 2023, at 10:00 A.M., and respectfully requests that a change-of-plea proceeding be scheduled for that date and time.

         Respectfully submitted,

         DAMIAN WILLIAMS
         United States Attorney
         Southern District of New York

      By:    */s/*
         Jarrod L. Schaeffer / Elizabeth A. Espinosa
         Assistant United States Attorneys
         Tel: (212) 637-2270 / 2216

cc: Counsel of Record (via ECF)