UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>–v–<br><br>VICTOR DEL VALLE,<br><br>                          Defendant. | **ORDER**<br><br>20-cr-481-4 (ER) |

Ramos, D.J.:

On January 15, 2023, defense counsel George Goltzer submitted an *ex parte* application for substitution of counsel. Accordingly, a substitution of counsel hearing will be held on **January 24, 2023 at 3:30 p.m.**

It is SO ORDERED.

Dated:  January 17, 2023
             New York, New York

_____
Edgardo Ramos, U.S.D.J.