UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

            - against-

VICTOR DEL VALLE,

                     Defendant.
-------------------------------------------------x

**SCHEDULING ORDER**

20 Cr. 481-4 (ER)

      The substitution of counsel hearing previously scheduled for January 24, 2023, is hereby rescheduled for **February 8, 2023 at 10 a.m.** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

      The Clerk of the Court is respectfully directed to terminate the motion, doc. 170, as moot.

Dated:  New York, New York
         February 2, 2023

                                                            s/ Jazmin Rivera
                                                             Jazmin Rivera, Courtroom Deputy