XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>VICTOR DEL VALLE,<br><br>                    Defendant. | **ORDER**<br><br>20 Cr. 481-4 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to this case, George Goltzer and Ying Stafford, are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **John F. Kaley**.

SO ORDERED.

Dated: New York, New York
       February 8, 2023

                                                      _____
                                                      Edgardo Ramos, U.S.D.J.