## DOAR RIECK KALEY & MACK
ATTORNEYS AT LAW

JOHN DOAR (1921-2014)
WALTER MACK

OF COUNSEL

JOHN JACOB RIECK, JR.
JOHN F. KALEY
MICHAEL MINNEFOR

**MEMO ENDORSED**

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

July 11, 2023

> The application is granted. Probation is authorized to provide CJA counsel John F. Kaley with copies of Mr. Del Valle's medical records.
> SO ORDERED
>
> Edgardo Ramos, U.S.D.J.
> Dated: 7/11/2023
> New York, New York

**By ECF Filing**
Honorable Edgardo Ramos
United States District Court
40 Foley Square
New York, New York 10007

Re: *United States v. Del Valle*
Docket No. 20 Cr. 481 (ER)

Dear Judge Ramos:

I represent Victor Del Valle in the above-referenced matter. In a conversation yesterday with Probation Officer Jill Spitalieri, she advised that she had received copies of Mr. Del Valle's medical records from the MDC. I write now to request that the Court authorize Probation Officer Spitalieri to provide or copy of those medical records to counsel for Mr. Del Valle.

Thank you for the Court's consideration of this further submission.

Respectfully submitted,

John F. Kaley

cc: All counsel ECF filing
    USPO Spitalieri (via email)